IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| RONNIE CANNON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-00080 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Ronnie Cannon's Motion for Judgment on the Record (Doc. No. 20) ("Motion"), which was accompanied by a supporting Memorandum (Doc. No. 21). Defendant Commissioner of Social Security filed a Response (Doc. No. 22). Magistrate Judge Knowles issued a Report and Recommendation (Doc. No. 23) ("Report") recommending that the action should be remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g). The Report was filed on February 3, 2011, and fourteen days have passed without the raising of objections.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** the Motion and **REMANDS** this case to the Commissioner.

It is so ORDERED.

Entered this ___22nd___ day of February, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT